# Court of Appeals
# of the State of Georgia

ATLANTA,  August 05, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1739.  BRIAN SCHIFFMAN v. KRISTEN SCHIFFMAN.

Brian Schiffman filed a notice of appeal from an order denying his motion to recuse the trial judge in these divorce proceedings. We lack jurisdiction.

Ordinarily, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). In this case, however, the order denying the motion to recuse is not a final order. See *Murphy v. Murphy*, 322 Ga. App. 829, 830 (747 SE2d 21) (2013). Therefore, in order to appeal the trial court's order, Brian was required to comply with the interlocutory appeal procedure and obtain a certificate of immediate review. OCGA § 5-6-34 (b). Parties seeking appellate review from an interlocutory order that also implicates the discretionary application statute must comply with the interlocutory application statute. See generally *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996). Brian's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  08/05/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*